COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS






IN RE: ERIC FLORES,


Relator.
 §


 


§


 


§


 


§


 


§


 


 § 



No. 08-08-00181-CV


 

AN ORIGINAL PROCEEDING 

IN MANDAMUS







MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS


 Relator, Eric Flores, seeks a writ of mandamus to compel the Honorable Mike Herrera,
Judge of the 383rd Judicial District Court reset a modification hearing and appoint an attorney to
represent him in the underlying child support and custody modification suit. Mandamus will lie
only to correct a clear abuse of discretion. Walker v. Packer, 827 S.W.2d 833, 839-40 (Tex.
1992)(orig. proceeding). Additionally, there must be no other adequate remedy at law. Id. at
840. Based on the petition and record before us, Mr. Flores has failed to demonstrate he is
entitled to mandamus relief. See Tex.R.App.P. 52.8.



June 12, 2008

 DAVID WELLINGTON CHEW, Chief Justice


Before Chew, C.J., McClure, and Carr, JJ.